33,336-11

APRIL 30, 20015

KENNETH RAY BROWN #334618
JAMES V. ALLRED UNIT
2101 FM 369 N
IOWA PARK, TX 76367

CLERK OFFICE:
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TX 78711

Re: Trial Court Number: 348455-F
    Writ Number: WR-33,336-11     EX PARTE KENNETH RAY BROWN

CLERK,

    I'm seeking information to the styled and numbered writ. Please inform me as to whether the 11.07 habeas corpus writ have been filed and presented to the Court for consideration. Please inform me of this matter as soon as possible in order for me to know if I should file another 11.07 writ in the court.

PLEASE DO NOT DELAY THIS INFORMATION,

                    THANK YOU,

                    Sincerely,

                    KENNETH RAY BROWN

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 05 2015

Abel Acosta, Clerk

CCFILED:

ONE OF ONE PAGE